AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

#### District of South Carolina

ORIGINAL

| | |
|---|---|
| United States of America<br>v. | ) <br> ) <br> ) Case No. 2:14-mj-20 <br> ) <br> ) <br> ) |
| Martin Louise Ballard | ) |
| *Defendant* | |

Rec'd USM
2014 FEB 21 PM 1:17

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Martin Louise Ballard
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding-Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   Using a firearm in furtherance of a violent crime and conspiracy to do the same (18 U.S.C. 924(c) & (o)); attempting to kill
   a witness to prevent the attendance and testimony of that witness in an official proceeding (18 U.S.C. 1512); attempting to
   kill a witness for providing information relating to the commission of a federal offense (18 U.S.C. 1513); and aiding and
   abetting the above offenses (18 U.S.C. 2).

Date:   02/19/2014                                    _____
                                                      *Issuing officer's signature*

City and state:   Charleston, SC                      Bruce Hendricks, U.S. Magistrate Judge
                                                      *Printed name and title*

---

### Return

This warrant was received on *(date)* 2/21/14 , and the person was arrested on *(date)* 2/25/14
at *(city and state)* Charleston, SC

Date:   2/26/14                                       SA John Schroepfer, ATF
                                                      *Arresting officer's signature*

                                                      _____, IRS
                                                      *Printed name and title*